475 P.2d 40

**E. C. TUCKER et al., Petitioners,**

v.

**STATE CORPORATION COMMISSION of New Mexico, Respondent.**

**No. 9131.**

Supreme Court of New Mexico.

Sept. 24, 1970.

Original Prohibition Proceeding

Ordered that petition for alternative writ of prohibition be and the same is hereby denied.

475 P.2d 40

**STATE of New Mexico ex rel. WYLIE BROS. CONTRACTING CO., a corporation, Petitioner,**

v.

**Honorable Dee C. BLYTHE, District Judge, Curry County, New Mexico, Respondent.**

**No. 9146.**

Supreme Court of New Mexico.

Oct. 14, 1970.

Original Prohibition Proceeding

Ordered that petition for writ of prohibition be and the same is hereby denied.

475 P.2d 40

**STATE of New Mexico ex rel. BARBER'S SUPER MARKETS, INC., a New Mexico Corporation, Petitioner,**

v.

**Lafel E. OMAN, Judge of the Court of Appeals, sitting as District Judge of the District Court of Bernalillo County, Respondent.**

**No. 9133.**

Supreme Court of New Mexico.

Oct. 1, 1970.

Original Prohibition Proceeding

Ordered that petition for writ of prohibition be and the same is hereby denied.

475 P.2d 40

**REALIA SCHOOL, INC., a New Mexico Corporation, and Efren Reveles, Ph.D., Petitioners,**

v.

**NEW MEXICO STATE BOARD OF EDUCATION and Virgil W. Henry, Frederic G. Comstock, Mrs. Laura E. McKinley, Albert Amador, Ed Heringa, Mrs. Thelma Inmon, K. I. Langley, H. M. Mortimer, M.D., Charles C. Murphy, and L. Grady Mayfield, Jr., Members of said Board, Respondents.**

**No. 9151.**

Supreme Court of New Mexico.

Oct. 16, 1970.

Original Mandamus Proceeding

Ordered that petition for writ of mandamus be and the same is hereby denied.